# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3066

_____

United States of America,         *
                              *

        Appellee,           *

                              *    Appeal from the United States
     v.                     *    District Court for the
                              *    District of North Dakota.

Enrique Cahue-Rangel, also known as  *

Antonio Diaz-Lopez,          *    [UNPUBLISHED]

                              *

        Appellant.         *

_____

Submitted: April 5, 2004

Filed: April 14, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.


     Enrique Cahue-Rangel appeals the sentence the district court[1] imposed when he pleaded guilty to illegal reentry after deportation following a conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a) and (b)(2). Cahue-Rangel's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S.

_____

[1]The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.

738 (1967), contending that, for several reasons, the district court should have granted Cahue-Rangel a downward departure.

We conclude, however, that the district court's refusal to depart is unreviewable because the court recognized its authority to depart and declined to do so. <u>See</u> <u>United States v. Koons</u>, 300 F.3d 985, 993-94 (8th Cir. 2002).

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues. Accordingly, we deny the government's motion to dismiss, grant counsel's motion to withdraw, and affirm the judgment.

_____